Mark Stevenson Samedi                                                                                     56951 - EW
Docket Number: 09-CR1130-2



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☒   Early Termination of Supervised Release Approved

☐   Early Termination of Supervised Release Denied

☐   Other:

_____
Honorable Sidney H. Stein

**August 11, 2020**
_____
Date

Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**  
**for the**  
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.       Docket No. 09-CR-1130-2

Mark Stevenson Samedi

On June 29, 2017, the above named was placed on supervised release for a period of five (5) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Mark Stevenson Samedi be discharged from supervised release.

Respectfully submitted,

by _____  
Erin Weinrauch  
Supervisory U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this **11th** day of **August**, 20 **20**.

_____  
Honorable Sidney H. Stein  
Senior U.S. District Judge